**FILED**
AUG 25 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN H. GURLEY<br>612 Underwood Street, N.W.<br>Washington, D.C. 20012<br>(202) 646-4616<br>Calvin.gurley@dhs.gov<br><br>*Plantiff*<br><br>v.<br><br>Michael W. Hager<br>Acting Director<br>U.S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br>*Defendant*<br><br>Michael B. Mukasey<br>The U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>Peter Nickles GENERAL<br>DC. Attorney for The District of Columbia<br>441 Third Street, N.W.<br>Washington, D.C. 20001<br><br>Jeffrey Taylor<br>U.S. Attorney for the District of Columbia<br>501 Third Street, N.W.<br>Washington, D.C. 20001 | CIVIL ACTION NO<br><br>Case: 1:08-cv-01469<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 8/25/2008<br>Description: TRO/PI<br><br><br>**Request Expedient Review** |

# **COMPLAINT**

I, Calvin H. Gurley, Plantiff in the above case hereby move this United States District Court to:

1) abolish one of the two Hatch Political Activity Act exemption requirements that demands any resident of the District of Columbia who is a Federal or District of Columbia government employee must provide proof that the majority of the voters in the District of Columbia are employed by the District of Columbia or Federal Governments.

1

2) grant that any resident of the District of Columbia who is a Federal or District of Columbia government employees will be required to satisfy only one of the two current Hatch Activity Act requirements in order to be granted exemption to participate as an Independent in a local partisan election in the District of Columbia. **That, requirement to prove or provide unusual circumstances .**

3) grant the residents of the District of Columbia who are Federal or District of Columbia Government employees exemption under the Hatch Activity Act to participate as an Independent candidate in a local partisan election in the District of Columbia.

## Argument

HISTORY taken from the Office of the Special Counsel copy of the District of Columbia decision Civil Action No. 78-853 faxed to petitioner on March 25, 2005. OPM recognizes that, when the statutory exemption requirements were enacted in 1940, Congress did not foresee a need for an exemption for the District of Columbia because the District held no local election at the time and was, instead , governed by three Commissioners Appointed by the President of the United States.

When the District of Columbia became a municipality or local government that had public elections [to elect local leaders] as did the exempted localities in Maryland and Virginia, all that the District of Columbia had done was enshrined election practices, procedures already practiced. Are other localities and local districts who petitioned OPM was not forced to satisfy a second requirement to be granted exemption under the Hatch Activity Act....the 50 percent rule. Petitioner

(3)

must prove that 50 percent or greater of the registered voters are Federal or District of Columbia employees.  This OPM imposing 50% or greater requirement for only residents of District of Columbia who are  Federal and District employee has real semblance to the Pole tax that states used to challenge Black voters at the election polls.

Whatever compassion OPM felt [at the time] it gave privilege and preferential to a selected group of federal workers who reside in localities and districts located in Maryland and Virginia; no consideration was given by OPM on the more compelling unusual and unjust circumstances of a Federal and District employees who are residents of the District of Columbia .


Section 7325 of Title 5, U.S. States Codes,  authorizes the Office of Personnel Management (OPM) **to issue regulations** that allow Federal and District employees to participate in the local partisan elections of the municipality where they reside.
This request not only single out that the District of Columbia residents are not a free, self governing municipality  but brings to light why the District of Columbia was wrongly made to qualify for partial exemption under the Hatch Act.
The Hatch Act was flawed upon its inception to mandate the District with the common knowledge that the District was governed by three Commissioners appointed by the President of the United States and it held no bi-partisan elections.
Now, in the year 2005, the <u>Hatch Act is continuing with this similar unfamiliarity with common knowledge</u> that the District of Columbia legislation, annual budget and political affairs [which emanates from bi-partisan elected officials] are approved by the U.S.

(4)

Congress and finally enacted into law by the signature of the President of the United States. Meaning, unlike the self-governance of all the states and territories of the United States, the U.S. Congress and the U.S. President control the District of Columbia.

**Examples:**
In the year 2000 the U.S. Congress forbids the District of Columbia [Board of Election & Ethics] to count the cast votes for the Initiative to sanction Medicinal Marijuana in the District of Columbia.

The U.S. President appoints the District of Columbia Attorney General, the city prosecutor and the judges who preside in the D.C. Superior Court.

Secondly, the Hatch Act wrongly places the District with other states municipalities that have representation in both houses of the Congress. The District of Columbia has no representation or involvement in either house. Therefore, the balance of the political parties represented in the U.S. Congress will not be affected by any bi-partisan elections held in the District of Columbia..

**Example #2**
Thirdly, and most importantly…just recently the U.S. Congress used its authority to take over the fiscal responsibility of public spending by the District of Columbia and appointed another form of government referred to as the "Financial Control Board".
Fourth, unlike any jurisdiction exempted under the Hatch Act partial exemption provisions the District is the only jurisdiction that has an "oversight" committee in the U.S. House of Representative. This committee is referred to as the House Committee of the District of Columbia and is currently chaired by Representative of the state of

(5)
Virginia, honorable house member Tom Davis. Great debate, evaluations and personal involvement went into the development of the qualifications for states municipalities to apply for partial exemption under the Hatch Act. However, the Hatch Act has wrongly sanctioned the District of Columbia to qualify under the Hatch Act partial exemption.

In addition to presenting several flaws in the Hatch Act [as previously mentioned] ; the two arguments that will be presented are: 1) District of Columbia is not a locality that should be governed by the Hatch Act and 2) reveal the prejudice of the current Hatch Act provisions as it relates to a District of Columbia residents request for partial exemption.

**LEGAL HISTORY**
For some odd reason the U.S. Congress and the Office of Personnel Management have misunderstood the political dynamics of the District of Columbia.

1) OPM recognized that, when the statutory exemption requirements were enacted in 1940, Congress did not foresee a need for an exemption for the District of Columbia because the District held no local elections at the time and was, instead, governed by the Three Commissioners appointed by the President of the United States.

2) OPM corresponded with the Officer of the Corporation Counsel for the District of Columbia and accepted in a correspondence to OPM dated June 12, 1995, The Office of Corporation Counsel advised that:
> [B]ased upon the decision in Ward Three Democratic Committee v. United States, No. 78-853 (D.D.C. Aug. 29, 1980), we reluctantly conclude that deletion of The District of Columbia from the list of exempt jurisdiction is not inconsistent with

(6)

the Hatch Act Reform Amendments regarding political management and political campaigns involving the District.

3) The Urban Institute [a nonpartisan economic and social policy research organization] prepared a research report: "Health Care for Low-Income People in the District of Columbia", published Dec. 01, 1999, describes the District under the sub-heading:

**Government Structure**

"...**CONGRESSIONALLY dictated** forms of government have included an elected council with a PRESIDENTIALLY appointed mayor, an elected council and Board of **ALDERMAN who elected** the mayor, a governor and council **appointed by the PRESIDENT**, and a municipal corporation governed by three **PRESIDENTIALLY appointed** commissioners.

(5)

In 1973, **CONGRESS granted** the city "**home rule**" and the right to elect a mayor and city council

In 1995, in response to a looming budgetary crisis and perceived widespread mismanagement and administrative shortcomings, **CONGRESS gave authority** over public spending the Financial Responsibility and Management Assistance Authority, locally referred to as the Control Board...

...**CONGRESS intends to disband** the Control Board and restore governance by elected officials once the District achieves fiscal solvency.

**ARGUMENT under the Rules of the Hatch Act**

The extraordinary circumstances that the District of Columbia residents and elected officials are experiencing is not experienced or found in any of the other "state" locality

(7)
or those states' localities that have petitioned for exemption of the Hatch Act.

Since the District does not share in the freedom and benefits and power of being a self-governed locality in a state of the Union the Hatch Act should not apply.

Numbers 2, 3 and 4 on the first- presentation page of this petition state facts and facts of law that has been with the District of Columbia since her birth to this nation. The U.S. President of America with the U.S. Congress and U.S. Senate control, rule and govern the District of Columbia and its residents.

Whatever compassion OPM felt [at the time] it gave privilege and preferential to a selected group of federal workers; no consideration was given by OPM on the more compelling unusual and unjust circumstances of a Federal employees who are residents of the District of Columbia .

**Discrimination of the Hatch Act***
Any born, American Citizen that is denied of full voting rights and is under a law that prevents participation in the U.S. House of Representative and the United States Senate [in its own rights] is of a serious, compelling , horrid state of circumstances that overwhelming surpasses any compassionate jester or any usual circumstance that OPM has currently allowed for invalidating the Hatch Act for several particular groups or jurisdictions..

- Petitioner was denied the right to run as a candidate in a partisan election in the
- 
- District of Columbia by the written policies of the Hatch Act. Petitioner lives in a
- 
- city that has more serious, mitigating circumstances to qualify for exemption of
- 
- the Hatch Act than any current jurisdiction.

(8)
Those elected positions that are allowed by the Hatch Act granting local jurisdictions partial exemption are not under further authority of the U.S. Congress or the U.S. President of the United States.

Secondly, the Hatch Act provision has unrightfully and blindly sanctioned non-supervisory federal employee [Calvin Gurley] the right to participate in partisan elections.

Houghton Mifflin – <u>Reader's Companion to American History</u> – HATCH ACT

Houghton Mifflin states: " The Hatch Act, August 2, 1939, was designed to "prevent pernicious political activities," …it also forbade officials paid with federal funds from using promises of jobs, promotion, financial assistance, contracts, or any other benefits to coerce campaign contributions or political support.  **Exhibit (J)**

Surprisingly, my current position [non-management and non-supervisory] in the Federal Government does not allow me to confer to any one person or group a job, promotion, financial assistance , contracts or any other benefits to coerce campaign contributions or political support.

The Supervisory capacity of a manager is bestowed with the trust of those aforementioned benefits to confer to one person or a group for personal benefits.

**Compelling and Mitigating Issues**

1. All District of Columbia residents are under the control and discretion of the
2. United States Congress and the President of the United States of America.  The
3.  District's annual budget and laws [passed at the local level] are reviewed,
4. evaluated and approved by the full Congress.  *However, those jurisdictions that OPM*

*(9)*
*have given special privilege have exercise "full" autonomy from the U.S. Congress and the President of the U.S..*

**Argument #1:**
    The OPM has not considered or granted any privileges based upon this inequity. Federal Employees who are District of Columbia residents are not allowed to govern themselves or pass an annual budget without Congressional approval and Presidential signature.

**FACT 2.** All laws passed by The District of Columbia partisan [Democratic & Republican & Independent], elected Officials are reviewed, evaluated and approved or denied by the Full Congress..

> *However, those jurisdictions that OPM have given special privilege exercise "full" autonomy From the U.S. . Congress to prepare and past their own legislation at the state and/or local level. These jurisdictions are not involved in a review and approval process by the full U.S. Congress when passing a local law.*

**FACT 3.** All laws passed by The District of Columbia partisan [Democratic & Republican & Independent], elected Officials are reviewed, evaluated and approved or denied by the
    full Congress and then finally reviewed, evaluated and approved by the President of
    the United States of America.

**Argument # 2 & 3:**
    The OPM has not considered or granted any privileges based upon this inequity. Federal Employees who are District of Columbia residents are not allowed to govern themselves or independently pass legislation without Congressional and

(10)

Presidential signature.

**FACT 4.** The United States President appoints all District of Columbia Superior Court Judges.

*However, those jurisdictions that have been given special privileges from OPM that excuses them from The regulations of the Hatch Act elect their own judges with no encouragement or interference from The President of the United States..*

**Argument # 4:**
The OPM has not considered or granted any privileges based upon this inequity... that the President of the United States appoints all District of Columbia Superior Court Judges.

**FACT 5.** The United States President appoints the District of Columbia's Attorney General-
    Prosecutor.
*However, those jurisdictions that have been given special privileges from OPM that excuses them from the regulations of the Hatch Act elect their own state or local Prosecutor with no encouragement or interference from the President of the United States..*

**Argument #5:**
The OPM has not considered or granted any privileges based upon this inequity that the President of the United States appoints the District of Columbia's Attorney General.

<u>Summary</u>

The local partisan elections do not affect the existing balance of U.S. Representatives or U.S. Senators in the U.S. Congress because the District of Columbia does not have a vote in either body.

The Hatch Act wrongly includes the District of Columbia to go through it's exemption

(11)

procedures at a time when the U.S. Congress [both houses] and the U.S. President use their discretion to approve and authorize the District's laws and legislations, annual budget and day to day operations. These two forms of the federal government also select, confirm and authorize the District of Columbia Superior Court Judges, the District Prosecutor and the Attorney General.

Secondly, the Hatch Act [as it is written] discriminates in its application. It gives preferential treatment and privilege to a select group [Maryland and Virginia]. While Maryland and Virginia satisfies the requirement of location, a Hatch Act Activity requirement, this privilege requirement was not given to the District of Columbia. However, a more difficult and trying requirement was given by the OPM- the District must provide evidence or prove that federal and District employee [residents] who live in the city make up 50% or more of the District population.

This is not fair and there is not justification for this unfairness. Maryland and Virginia just happen to be in the location named by OPM to successfully win one Hatch Activity Act requirement while the District in the middle of both must prove otherwise.

Thirdly, the Federal Government does not allow non-supervisors in the Federal or District of Columbia governments to confer to any one person or group a job, promotion, financial assistance, contracts or any other benefits to coerce campaign contributions or political support.

Therefore, Petitioner [a non-supervisor] does not have the authority to administer or the responsibility for job hiring, promotions, financial assistance, contracts or any other benefits to coerce campaign contributions or political support.

(12)

## REQUEST

Petitioner prays that the United State District Court for the District of Columbia will grant all District of Columbia residents who are Federal or District of Columbia Government employees the exemption status under the Hatch Activity Act to run as an independent candidate in a partisan election that is held in the District of Columbia.

_____          8/25/08
Petitioner – Calvin H. Gurley                    date

Calvin H. Gurley
612 Underwood Street, N.W.
Washington, D.C. 20012

e-mail address - calvin.gurley@dhs.gov

(202) 646-4616 work
(202) 722-6126 residence

08-1469
HHK

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
CALVIN A. GURLEY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)
612 Underwood St. N.W.
D.C. 20012

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
202-646-4616   CALVIN.GURLEY@DHS.GOV

## DEFENDANTS
MICHAEL W. HAGER, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01469
Assigned To : Kennedy, Henry H.
Assign. Date : 8/25/2008
Description: TRO/PI

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☒ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

/4/

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☒ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ Multi district Litigation
- ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983
Hatch Activity Act prohibits D.C. Residents Exemption.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 8/25/08   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd