## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____
                                )
CALVIN H. GURLEY                )
                                )
                    Plaintiff,  )
                                )
          v.                    )        Civil Action No. 08-1469 (HHK)
                                )
Michael W. Hager, et al.        )
                                )
                    Defendant.  )
_____)

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.


                              Respectfully submitted,


                              _____/s/_____
                              CINDY S. OWENS, D.C. BAR #491465
                              Special Assistant United States Attorney
                              555 Fourth St., N.W.
                              Room E4112
                              Washington, D.C. 20530
                              (202) 616-2257
                              cindy.owens@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 28th day of August, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

CALVIN H. GURLEY
612 Underwood Street, N.W.
Washington, D.C.  20012


                              _____/s/_____

Cindy S. Owens, D.C. BAR #491465
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov